UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:20-cv-24390-JEM

4 GP, INC., a corporation,
BRETT RICE, an individual,
and VICTOR BONOMI, an individual,

     Plaintiffs,

vs.

TURNING POINT BRANDS, INC.,
INTERNATIONAL VAPOR GROUP, LLC,
GRAHAM PURDY, an individual,
MARC WAXMAN, an individual,
CORTNI LEWIS an individual,
JOHN DOES 1–10, and
ABC COMPANIES 1–10,

     Defendants.

_____

## JOINT NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed.R.Civ.P.41(a)(1)(A), the parties hereby give notice that they have

agreed to dismissal of this entire action without prejudice.

This 10 day of March, 2022.

1

82483392

Respectfully submitted,

| | |
|---|---|
| */s/ Matthew Person* | */s/ Brendan I. Herbert* |
| Matthew Person | Brendan I. Herbert, Esquire |
| Person Law | Florida Bar No. 76925 |
| 9560 NW 41 Street | bherbert@polsinelli.com |
| Doral, FL 33178 | POLSINELLI PC |
| Telephone: (305) 640-5754 | 1111 Brickell Avenue, Suite 2800 |
| Fax: (888) 402-6190 | Miami, Florida 33131 |
| matt@personlawoffices.com | Tel.: 305-921-1820 |
| *Counsel for Plaintiff* | Fax: 305-921-1801 |
| | |
| Louis D. Tambaro | Leonard H. MacPhee, Esquire * |
| Offit Kurman, P.A. | lmacphee@polsinelli.com |
| louis.tambaro@offitkurman.com | POLSINELLI PC |
| Pro Hac Vice | 1401 Lawrence Street, Suite 2300 |
| *Counsel for Plaintiff* | Denver, Colorado 80202 |
| | Telephone: (303) 583-8234 |
| | *Pro Hac Vice |

*Attorneys for Defendants, Turning Point Brands Inc., International Vapor Group, LLC, Graham Purdy, Mark Waxman and Cortni Lewis*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed using the CM/ECF system which will provide notice to all counsel of record this 10 day of March, 2022:

| | |
|---|---|
| */s/ Matthew Person* | |
| Matthew Person | Louis D. Tambaro |
| Person Law | Offit Kurman, P.A. |
| 9560 NW 41 Street | louis.tambaro@offitkurman.com |
| Doral, FL 33178 | Pro Hac Vice |
| Telephone: (305) 640-5754 | *Counsel for Plaintiff* |
| Fax: (888) 402-6190 | |
| matt@personlawoffices.com | |
| *Counsel for Plaintiff* | |
| | */s/ Brendan I. Herbert* |
| | Brendan I. Herbert, Esquire |

2